**2003–0722. Beckman v. Lazaroff.**
In Habeas Corpus. On petition for writ of habeas corpus of Vincent H. Beckman IV. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0760. State ex rel. Reeder v. Bobby.**
In Habeas Corpus. On petition for writ of habeas corpus of James E. Reeder. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0769. State ex rel. Roberts v. Martin.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0770. State ex rel. Farah v. Dean.**
In Habeas Corpus. On petition for writ of habeas corpus of Daniel R. Farah and motion of Judge Wyatt McKay to dismiss petition for writ of habeas corpus. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0834. State ex rel. Miller v. Zimmerly.**
In Habeas Corpus. On petition for writ of habeas corpus of Freida M. Miller. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1988–0351. State v. Cooey.**
Summit App. No. CA12943. On motion to issue instanter this court's standard order in cases with pending execution date. Motion denied.

O'CONNOR, J., not participating.

**1997–0737. State v. Coleman.**
Clark C.P. No. 96CR0142. On second motion for stay of execution pending disposition of available state remedies. Second motion denied.

**2002–1377. State v. Cunningham.**
Allen C.P. No. CR20020010. On motion for supplemental briefing. Motion granted.

**2002–2123. Kekic v. Royal & SunAlliance Ins. Co.**
Cuyahoga App. No. 80693, 2002-Ohio-5563. Sua sponte, Proposition of Law No. I held for only the decision in 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule remains stayed.

O'DONNELL, J., not participating.

**2002–2141. Watkins v. The MetroHealth Sys.**
Cuyahoga App. No. 80567, 2002-Ohio-5961. On motion to strike notice of appeal of Maudest Watkins by The MetroHealth System and motion to dismiss the appeal of Maudest Watkins by The MetroHealth System. Motions denied.

LUNDBERG STRATTON, J., would also grant leave to file.